**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10438 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-03517-CKJ |
| v. | |
| FREDDY DIAZ-CHAVEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Nancy D. Freudenthal, Chief Judge, Presiding[**]

Submitted September 10, 2012[***]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Freddy Diaz-Chavez appeals from his guilty-plea conviction and 77-month

sentence for reentry after deportation, in violation of 8 U.S.C. § 1326.  Pursuant to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Nancy D. Freudenthal, Chief Judge of the United States District Court for the District of Wyoming, sitting by designation.

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Diaz-Chavez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Diaz-Chavez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**